

# NUMBER 13-22-00224-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE STATE OF TEXAS,                                        Appellant,

v.

MICHAEL ANTHONY VARGAS,                            Appellee.

On appeal from County Court at Law No. 5
of Cameron County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

Appellant, the State of Texas, by and through the Assistant District Attorney in and for Cameron County, Texas, has filed a motion for stay of proceedings in the above cause. On April 25, 2022, the trial court granted a motion to suppress in trial court cause 19-CCR-4564.

The State filed a notice of appeal in this cause and now requests that all further

proceedings be stayed pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(e). The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby granted, and all trial court proceedings in this cause are ordered stayed pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
31st day of May, 2022.